IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAYME L. CANTU | § § § | |
| v. | § § | Civil No. 4:21-cv-820-SDJ-KPJ |
| GEARY COMMUNITY HOSPITAL and RICHARD LOCHAMY, MD. | § § § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 25, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #7), that Defendant Geary Community Hospital's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion to Dismiss"), (Dkt. #5), be granted and Plaintiff Jayme Cantu's ("Plaintiff") claim against Geary Community Hospital be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, the Motion to Dismiss, (Dkt. #5), is **GRANTED.** Plaintiff's claims against Geary Community Hospital are **DISMISSED WITHOUT PREJUDICE.**

**So ORDERED and SIGNED this 16th day of June, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE