THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAYME L. CANTU | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-820-SDJ-KPJ |
| | § | |
| RICHARD LOCHAMY, MD | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 15, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #12), that Plaintiff Jayme L. Cantu's ("Plaintiff") claims against the remaining Defendant in this case, Richard Lochamy, MD, be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims against Richard Lochamy, MD are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 16th day of March, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE